IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:19CR190 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Julie Turek | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Timothy E. Sopinski, as a Criminal Justice Act Training Panel Member, to assist in the defense of Julie Turek.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Timothy E. Sopinski is hereby assigned to assist Karen M. Shanahan in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Timothy Sopinski shall not be eligible to receive compensation for his services in this case.

AFPD Karen M. Shanahan shall continue to be primary counsel on behalf of the Defendant, Julie Turek.

Dated: May 30, 2019

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge