# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JULIE TUREK,<br><br>　　　　　　　　Defendant. | 8:19CR190<br><br>**ORDER** |

　　　　This matter is before the court on the defendant's Unopposed Motion to Continue Trial [23]. Counsel seeks additional time to conclude the investigation and to confer with the defendant on whether to proceed to trial. For good cause shown,

　　　　**IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [23] is granted as follows:

　　　　1. The jury trial, now set for August 27, 2019, is continued to **October 29, 2019**.

　　　　2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 29, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　　　Dated this 26th day of August 2019.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge